EDWARD E. ROPES, APPELLANT, VS. HAMPTON U. HARRIS, APPELLEE.

Appeal from Circuit Court Volusia county.

*E. E. Ropes* in *pro. per.*

*A. M. Thrasher*, for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals.

Appeal dismissed because no properly certified transcript of the record has been filed.

Motion to reinstate denied September 17, 1897.